UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHELSEA HERNANDEZ & SAMANTHA RELAY,<br><br>Plaintiffs,<br><br>v.<br><br>BRINKER INTERNATIONAL PAYROLL COMPANY, L.P. D/B/A CHILI'S GRILL & BAR – STORE #426 AND CARRIE BUCHANAN,<br><br>Defendants. | Civil Action No. 20-17667 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court on Defendant Brinker International Payroll Company, L.P. d/b/a Chili's Grill & Bar – Store # 426 ("Brinker") and Carrie Buchanan's (together with Brinker, "Defendants") Motion to Compel Arbitration and Dismiss Plaintiffs Chelsea Hernandez and Samantha Relay's ("Plaintiffs") Complaint. (ECF No. 7.) Plaintiffs opposed (ECF No. 11), and Defendants replied (ECF No. 15). The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

IT IS, on this 30th day of September 2021, **ORDERED** as follows:

1. Defendants' Motion is **GRANTED.**

2. This matter is stayed and administratively terminated pending arbitration.

3. The Court **DENIES** Brinker's request for attorneys' fees and costs.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**